Alan Brady CRAWFORD

v.

STATE

No. 0843–87.

Court of Criminal Appeals of Texas,
En Banc.

May 23, 1990.

On appellant's petition for discretionary review: petition remanded to the Court of Appeals.

McCORMICK, P.J., dissents.

Roy James TAYLOR, Jr.

v.

STATE.

No. 0328–87.

Court of Criminal Appeals of Texas,
En Banc.

June 13, 1990.

On appellant's petition for discretionary review: dismissed as improvidently granted.

Leroy ETHRIDGE, Appellant,

v.

The STATE of Texas, Appellee.

No. 1089–90.

Court of Criminal Appeals of Texas,
En Banc.

Dec. 19, 1990.

Appeal from 337th District Court, Harris County; Jim L. Bair, Judge.

Prior report: Tex.App., 795 S.W.2d 281.

On appellant's petition for discretionary review: petition dismissed.